1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   DAVID WIKSELL
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  HORACE GHOLSTON JR.

9

10            IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14
   UNITED STATES OF AMERICA,    ) CR No. S-09-300-DAD
15                              )
                Plaintiff,      )
16                             ) STIPULATION AND ORDER
        v.                      )
17                             )
   HORACE GHOLSTON JR.,         ) Date:  October 27, 2009
18                             ) Time:  10:00 a.m.
                Defendant.      ) Judge: Hon. Dale A. Drozd
19                             )
   _____ )
20

21        IT IS HEREBY STIPULATED between the parties through their

22  respective counsel, Matthew C. Stegman, Assistant United States

23  Attorney, and Lauren D. Cusick, Staff Attorney, attorney for Horace

24  Gholston Jr., that the Court vacate the trial confirmation hearing on

25  October 27, 2009 at 10:00 a.m. and the jury trial date set for November

26  2, 2009 at 10:00 a.m.

27  / / /

28  / / /

1          We respectfully request the court set a status conference

2    hearing on October 27, 2009, at 10:00 a.m.

3

4    Dated:  October 22, 2009

                                        Respectfully submitted,

5

                                        DANIEL J. BRODERICK
6                                       Federal Defender

7

8                                       /s/ Lauren Cusick

                                        LAUREN CUSICK
9                                       Assistant Federal Defender
                                        Attorney for Defendant
10                                      HORACE GHOLSTON JR.

11   Dated: October 22, 2009            LAWRENCE G. BROWN
                                        Acting United States Attorney
12

13                                      /s/ Matthew C. Stegman

                                        MATTHEW C. STEGMAN
14                                      Assistant United States Attorney

15                                      **ORDER**

16   IT IS SO ORDERED.

17   DATED: October 26, 2009.

18

19   _____

                                        DALE A. DROZD
20                                      UNITED STATES MAGISTRATE JUDGE

21

22   Ddad1/orders.criminal/gholston0300.stipord

23

24

25

26

27

28

Stipulation and Proposed Order     -2-