```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant United States Attorney
 3  NATHANIEL CLARK
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2807
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-09-300 DAD |
|---|---|---|
| Plaintiff, | ) | Stipulation to Set a Change of Plea Hearing and Order |
| v. | ) | |
| | ) | Date: November 17, 2009 |
| HORACE GHOLSTON, Jr., | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Dale A. Drozd |
| Defendant. | ) | |

It is hereby stipulated and agreed between the United States and the defendant, HORACE GHOLSTON, to set a Change of Plea Hearing on November 17, 2009, at 10:00 a.m., as agreed upon at the Status Hearing on October 27, 2009, at 10:00 a.m.

///
///
///
///
///
///
///
///

1

The parties agree that time should be excluded through November 17, 2009, from computation of time under the Speedy Trial Act, pursuant to Local Code T4, in order to allow for plea negotiations. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: October 27, 2009                   LAWRENCE G. BROWN
                                          United States Attorney


                                    By:   /s/ Robin Taylor for
                                          MATTHEW C. STEGMAN
                                          Assistant U.S. Attorney


DATED: October 27, 2009                   DANIEL J. BRODERICK
                                          Federal Defender


                                    By:   /s/ Lauren Day Cusick
                                          LAUREN D. CUSICK
                                          Attorney for Defendant



O R D E R

IT IS SO ORDERED:

DATED: October 27, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/gholston0330.ord

2